# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 18-65855-sms

Michael Garner )

) Chapter: 7

Debtor(s)

Vacate Dismissal + Extension Payment Arrangement

Your Honor,

Based on unforseen circumstances of the death of my grandmother, I am asking for an extension for payment arrangements. I did attempt to make a payment through my bank however payment was returned. I have been unable to travel to courthouse due to travels for my now deceased grandmother. I would I also like to vacate dismissal so that I can continue Chapter 7 filings.

Dated: 11/27/18

Signature: [signed]

Printed Name: Michael Garner

Address: 1015 Cobb Pkwy N Unit 4301
Marietta, GA 30062

Phone: 773-219-6814

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2018 NOV 27 AM 9:37
M. REGINA THOMAS
CLERK
BY: [signed]

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01252799 (AM) OF 11/27/2018


ITEM  CODE  CASE              QUANTITY                  AMOUNT    BY

  1   7IN   18-65855                 1                 $ 100.00   Currency
            Judge  - Sage M. Sigler
            Debtor - MICHAEL GARNER


TOTAL:                                                 $ 100.00


FROM: Michael Garner
      Unit 4301
      1615 Cobb Parkway North
      Marietta, GA 30062
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Michael Garner                         Case No: 18-65855-sms

                                              Chapter 7

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 27 day of November, 2018, I served a copy of Vacate Dismissal & Extension of Payment Arrangement which was filed in this bankruptcy matter on the 27 day of November, 2018.

Mode of service (check one):    ● MAILED    ○ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Suite 555
2964 Peachtree Rd NW
Atlanta, GA 30326

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: 11/27/18                Signature: _____

                               Printed Name: Michael Garner

                               Address:
                               1615 Comb Pkwy N
                               Unit 4307
                               Marietta, GA 30062

                               Phone: 773-219-6814

(Generic Certificate of Service – Revised 4/13)